# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Todd Kramer v. Chrysler LLC

Case Number:

```
FILED: MAY 7, 2008
08CV2611    J. N.
JUDGE MORAN
MAG. JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chrysler LLC

| |
|---|
| NAME (Type or print)<br> Brendan A. Maher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Brendan A. Maher |
| FIRM<br> WilliamsMcCarthy LLP |
| STREET ADDRESS<br> 120 West State Street, Suite 400 |
| CITY/STATE/ZIP<br> Rockford, IL  61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06243410 | TELEPHONE  NUMBER<br>815/987-8900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐