**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Todd Kramer v. Chrysler LLC | `FILED: MAY 7, 2008`<br>`08CV2611   J. N.`<br>`JUDGE MORAN`<br>`MAG. JUDGE MASON` |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chrysler LLC

| NAME (Type or print) |
|---|
| Troy E. Haggestad |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Troy E. Haggestad |

| FIRM |
|---|
| WilliamsMcCarthy LLP |

| STREET ADDRESS |
|---|
| 120 West State Street, Suite 400 |

| CITY/STATE/ZIP |
|---|
| Rockford, IL  61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06229384 | 815/987-8900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐