# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Todd Kramer v. Chrysler LLC

Case Number:

```
FILED: MAY 7, 2008
08CV2611   J. N.
JUDGE MORAN
MAG. JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chrysler LLC

NAME (Type or print)
Carol A. Hartline

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Carol A. Hartline

FIRM
WilliamsMcCarthy LLP

STREET ADDRESS
120 West State Street, Suite 400

CITY/STATE/ZIP
Rockford, IL  61101

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
06269913

TELEPHONE NUMBER
815/987-8900

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐