IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TODD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 2611 |
| | ) | |
| CHRYSLER LLC, | ) | Judge James B. Moran |
| | ) | |
| Defendant. | ) | Magistrate Judge Michael T. Mason |

**NOTICE OF HEARING**

TO:   Attorney Timothy P. Rhatigan
      Rhatigan & Chute LLC
      100 W. Monroe Street, 19th Floor
      Chicago, IL  60603

   YOU ARE HEREBY notified that on the 28th day of May, 2008, at 9:00 o'clock A.M., or soon thereafter as Counsel may be heard, I shall appear before Judge James B. Moran in the room usually occupied by him as a Court Room, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, Illinois, and then and there:  Present a **Motion to Transfer Venue**, a copy of which is attached hereto.

At which time and place you may appear, if you so desire.

Dated:  May 13, 2008

                                        /s/  Stephen E. Balogh
                                        Stephen E. Balogh
                                        Attorney for defendant,
                                         CHRYSLER LLC
                                        WilliamsMcCarthy LLP
                                        120 W. State St., Suite 400
                                        P.O. Box 219
                                        Rockford, IL  61105-0219
                                        Telephone:  (815) 987-8946
                                        Facsimile:  (815) 968-0019
                                        E-mail:  sbalogh@wilmac.com

## **CERTIFICATE OF LAWYER**

The undersigned hereby certifies that on May 13, 2008, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Attorney Timothy P. Rhatigan
>Rhatigan & Chute LLC
>100 W. Monroe Street, 19th Floor
>Chicago, IL  60603

>\_\_/s/  Stephen E. Balogh_____
>Stephen E. Balogh
>Attorney for defendant,
>CHRYSLER LLC
>WilliamsMcCarthy LLP
>120 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 968-0019
>E-mail:  sbalogh@wilmac.com