## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Todd Kramer

                        Plaintiff,

v.                                                  Case No.: 1:08−cv−02611

                                                          Honorable James B. Moran

DaimlerChrysler Motors Company, LLC of Delaware, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

     MINUTE entry before the Honorable James B. Moran:Motion hearing held on 5/28/2008 regarding motion to transfer case[8]. Plaintiff's response to defendant's motion to transfer venue [8] to be filed by 6/11/2008. Defendant's reply in support of motion [8] to be filed by 6/18/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.