# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2611 | **DATE** | 7/22/2008 |
| **CASE TITLE** | TODD KRAMER vs. DAIMLER CHRYSLER MOTORS COMPANY | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Defendants' motion to transfer [8] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

CLERK, U.S. DISTRICT COURT
2008 JUL 22 PM 5:21
FILED-EDI